IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GREEK HOUSE CHEFS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UPPER CRUST FOOD SERVICE, LLC,<br><br>Defendant. | Case No. 4:20-cv-00063<br><br>**APPEARANCE OF SPENCER S. CADY ON BEHALF OF UPPER CRUST FOOD SERVICE, LLC** |

COMES NOW Spencer S. Cady, of Nyemaster Goode, P.C., and hereby enters his appearance on behalf of Defendant Upper Crust Food Service, LLC.

*/s/ Spencer S. Cady*

Spencer S. Cady, AT0011812
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3118
Facsimile: 515-283-8045
Email: scady@nyemaster.com

**ATTORNEYS FOR DEFENDANT UPPER CRUST FOOD SERVICE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, I caused the foregoing to be electronically filed using the electronic filing system, which will send notification of such filing to the attorneys of record.

*/s/ Kristina A. Renslow*